**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GLENDA J. BARR,

    Plaintiff,

v.

                                  Case No. 14-13477

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                        /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Denying Plaintiff's Motion for Summary Judgment," dated September 29, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Glenda Barr. Dated at Detroit, Michigan, this 29th day of September 2015.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: September 29, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2015, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522